JAMES BERGLIND, Indiv. and as Father and Next Friend of Joseph Berglind, a Minor, and as Assignee of Adrenaline Games, Inc., d/b/a Country Club Paintball, Plaintiff-Appellant, v. PAINTBALL BUSINESS ASSOCIATION *et al.*, Defendants-Appellants (U.S. Risk Underwriters, Inc., *et al.*, Defendants).

First District (6th Division)   No. 1—08—1156

Opinion filed December 24, 2009.

The court issued an opinion on December 24, 2009, and released it for publication on February 18, 2010. A petition for rehearing was filed and subsequently withdrawn. On May 25, 2010, the court withdrew the December 24, 2009, opinion. On May 28, 2010, the court issued a modified opinion. The modified opinion is published at 402 Ill. App. 3d 76.